### ROBINSON v. STATE.
### No. 13787.

Court of Criminal Appeals of Texas.

Dec. 3, 1930.

T. R. Florey, Jr., of Mt. Pleasant, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, three years in the penitentiary.

The alleged statement of facts appearing in the record is not signed or approved by the trial court. In this condition same cannot be considered by us. There are no bills of exception. The indictment correctly charges the offense, and is followed by the judgment and sentence.

No error appearing, the judgment will be affirmed.

HAWKINS, J., absent.